

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2021

No. 04-21-00096-CV

Claudia **MEDRANO**,
Appellant

v.

Lora **VERGOTT**, Jeff Tafoya, Innovative Risk Management, Inc., and Acceptance Indemnity Insurance Co.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-23582
Honorable Aaron Haas, Judge Presiding

## O R D E R

       The reporter's record in this case was originally due April 30, 2021, but was not filed. On May 4, 2021, this court notified court reporter Mary Beth Sasala that the reporter's record was late and directed her to either: (1) file a Notification of Late Record within ten days or (2) file the reporter's record within thirty days. Ms. Sasala did not respond to our letter. Accordingly, we **ORDER** Ms. Sasala to file the reporter's record **by June 24, 2021**. If Ms. Sasala does not comply with this order, we may initiate contempt proceedings.

_____
Beth Watkins, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court